IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01870-PAB

MARTIN GEOBANY TERRAZAS PALLARES,

     Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary, Department of Homeland Security, in his official capacity,
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity,
JUAN BALTASAR, Warden of the Denver Contract Facility, in his official capacity,
U.S. DEPARTMENT OF HOMELAND SECURITY, and
EXECUTIVE OFFICE OF IMMIGRATION REVIEW,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 11] of Judge Philip A. Brimmer entered on May 18, 2026, it is

ORDERED that petitioner Martin Geobany Terrazas Pallares's Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 17th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
    Deputy Clerk